IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENDRICK HARRIS,**

**Plaintiff**

**v.**

**MARIO FENNOY,**

**Defendant.**                                        No. 05-CV-0101-DRH

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation of Dismissal signed by the Plaintiff and Defendant's counsel of record advising this Court that the above action has settled:

**IT IS SO ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear their own costs and fees.

January 3, 2006                             **NOBERT G. JAWORSKI, CLERK**

                                            By:      s/Diane Rodenberg
                                                     Deputy Clerk

APPROVED: /s/   David RHerndon
               U.S. District Judge